NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: PSIP LLC,**
*Appellant*

---

2024-1001

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 16/511,368.

---

**ON MOTION**

---

Before DYK, BRYSON, and TARANTO, *Circuit Judges*.

PER CURIAM.

# O R D E R

The United States Patent and Trademark Office ("USPTO") moves for remand to permit further proceedings before the agency.  PSIP LLC does not oppose remand but asks the court to limit the scope of the remand and to retain jurisdiction while the proceedings are conducted.

After considering the parties' submissions, we conclude that the best course is to remand this case to the Patent Trial and Appeal Board to permit the Board to take such steps as are necessary (including, potentially, further remanding the case to the Examiner) to resolve the issues pointed out by the parties and place this case in an

appropriate posture for appellate review. This court will retain jurisdiction over the case, so that following the proceedings on remand, the appellant can resume proceedings in this court under the same docket number without having to initiate a new appeal. The court directs that the remand proceedings be conducted expeditiously.

Accordingly,

IT IS ORDERED THAT:

The motion is granted, and the appeal is remanded to the USPTO. The court will retain jurisdiction during the remand proceedings.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 19, 2023
Date